UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
    MICHAEL SIEMIEN              : Bankruptcy No.  16-11298SR
                                                    :
    Debtor(s)                    : Chapter 13

## ORDER

AND NOW, this 22nd day of July, 2016, it is hereby

ORDERED that the exemption claimed pursuant to 11 U.S.C. Section 522(d)(11)(D)

with respect to a personal injury claim is hereby disallowed.

BY THE COURT

_____
Stephen Raslavich, B. J.

Interested Parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania 19606-0410

Brad J. Sadek, Esq.
Sadek & Cooper Law Offices LLC
1315 Walnut Street Suite 502
Philadelphia, PA 19107

Michael Siemien
4523 Marple Street
Philadelphia, PA 19136

George M. Conway, Esq.
Office of the Standing Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107