United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11298-sr
Michael Siemien                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia              Page 1 of 1              Date Rcvd: Jul 22, 2016
                            Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2016.
db              +Michael Siemien,    4523 Marple Street,    Philadelphia, PA 19136-3715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2016 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Michael  Siemien brad@sadeklaw.com
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
         pashcroft@bernsteinlaw.com,
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation
         mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                                   TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
    MICHAEL SIEMIEN                      : Bankruptcy No.  16-11298SR
                                                :
    Debtor(s)                            : Chapter 13

ORDER

AND NOW, this 22nd  day of July , 2016, it is hereby

ORDERED that the exemption claimed pursuant to 11 U.S.C. Section 522(d)(11)(D)

with respect to a personal injury claim is hereby disallowed.

BY THE COURT

_____
Stephen Raslavich, B. J.

Interested Parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, Pennsylvania 19606-0410

Brad J. Sadek, Esq.
Sadek & Cooper Law Offices LLC
1315 Walnut Street Suite 502
Philadelphia, PA 19107

Michael Siemien
4523 Marple Street
Philadelphia, PA 19136

George M. Conway, Esq.
Office of the Standing Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107