IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| MICHAEL SIEMIEN | ) | |
| **Debtor(s)** | ) | CHAPTER 13 |
| | ) | |
| CREDIT ACCEPTANCE CORPORATION | ) | Case No.: 16-11298 (SR) |
| **Moving Party** | ) | |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| MICHAEL SIEMIEN | ) | 11 U.S.C. 1301 |
| DONNA SIEMIEN | ) | |
| **Respondent(s)** | ) | |
| | ) | |
| FREDERICK L. REIGLE | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2005 Chevrolet Trailblazer** bearing vehicle identification number 1GNET16S156207326 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated: September 12, 2016

_____
JUDGE STEPHEN RASLAVICH