United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Michael Siemien  
       Debtor

Case No. 16-11298-sr  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia     Page 1 of 1     Date Rcvd: Sep 12, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2016.  
db            +Michael Siemien,    4523 Marple Street,    Philadelphia, PA 19136-3715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Michael  Siemien brad@sadeklaw.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
        PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.  
         pashcroft@bernsteinlaw.com,  
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Credit Acceptance Corporation  
         mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com  
                                                                                                                                                 TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: ) | |
| MICHAEL SIEMIEN ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| CREDIT ACCEPTANCE CORPORATION ) | Case No.: 16-11298 (SR) |
| **Moving Party** ) | |
| ) | |
| v. ) | 11 U.S.C. 362 |
| ) | |
| MICHAEL SIEMIEN ) | 11 U.S.C. 1301 |
| DONNA SIEMIEN ) | |
| **Respondent(s)** ) | |
| ) | |
| FREDERICK L. REIGLE ) | |
| **Trustee** ) | |
| ) | |
| _____ ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the Certificate Of Default filed by Credit Acceptance Corporation, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2005 Chevrolet Trailblazer** bearing vehicle identification number 1GNET16S156207326 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:  September 12, 2016

_____
JUDGE STEPHEN RASLAVICH