UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Michael Siemien | : | |
| | : | Chapter 13 |
| | : | |
|    Debtor (s) | : | Case No.: 16-11298SR |

## Addendum to Chapter 13 Plan

The Amended Plan filed at docket number 47 shall be changed in the following way:

1. Regarding the Debtor's personal injury case:  Any settlement or award received beyond what the Debtor can Exempt, shall be made available to the unsecured creditors.

Date: 10/10/2016

/s/ Brad J. Sadek, Esq.
1315 Walnut Street
#502 Philadelphia,
PA 19107