United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michael Siemien
    Debtor

Case No. 16-11298-sr
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 2     Date Rcvd: Apr 26, 2017
                    Form ID: pdf900     Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2017.
```
db             +Michael Siemien,    4523 Marple Street,     Philadelphia, PA 19136-3715
cr             +Credit Acceptance Corporation,    25505 West Twelve Mile Rd,    PO Box 513,
                 Southfield, MI 48037-0513
cr             +Ditech Financial LLC,    14841 Dallas Parkway, Suite 300,     Dallas, TX 75254-7883
13681977       +Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4975
13684068       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13681978       +Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
13681979     ++++DITECH FINANCIAL LLC,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
               (address filed with court:  Ditech Financial Llc,    332 Minnesota St,    Ste 610,
                 Saint Paul, MN 55101)
13734010       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:54     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 27 2017 01:39:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 27 2017 01:39:45      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13777028       +E-mail/Text: g20956@att.com Apr 27 2017 01:40:03      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13776217       +E-mail/Text: bankruptcy@phila.gov Apr 27 2017 01:39:55
                 CITY OF PHILADELPHIA,  LAW DEPARTMENT   TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13751006       +E-mail/Text: bankruptcy@consumerportfolio.com Apr 27 2017 01:39:38
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13681976       +E-mail/Text: bankruptcy@consumerportfolio.com Apr 27 2017 01:39:38
                 Consumer Portfolio Service,    P.O. Box 57071,    Irvine, CA 92619-7071
13778261        E-mail/Text: bankruptcy.bnc@ditech.com Apr 27 2017 01:39:15     Ditech Financial LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
13711963       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 27 2017 01:39:16      PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
                                                                                               TOTAL: 9

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2017                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Michael  Siemien brad@sadeklaw.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                  Date Rcvd: Apr 26, 2017
                              Form ID: pdf900            Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

         PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc. pashcroft@bernsteinlaw.com, pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com

         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

         THOMAS I. PULEO    on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

         WILLIAM EDWARD CRAIG    on behalf of Creditor   Credit Acceptance Corporation mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com

                                                                                                           TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                :

MICHAEL SIEMIEN
                                                      : Bankruptcy No. 16-11298SR
         Debtor(s)                                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: April 26, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

BRAD J SADEK ESQ
SADEK & COOPER LAW OFFICES LLC
1315 WALNUT STREET   SUITE 502
PHILADELPHIA PA 19107-

MICHAEL SIEMIEN
4523 MARPLE STREET
PHILADELPHIA,PA.19136